UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO D. NEWBERY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PATRICK COVELLO,<br><br>　　　　Respondent. | No. 20-cv-2167 KJM DB<br><br><br>ORDER TO SHOW CAUSE |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges he is entitled to relief because his trial counsel was ineffective in violation of his rights under the Sixth Amendment.

　　　　On June 28, 2021, respondent filed a motion to dismiss the petition as untimely. (ECF No. 15.) Petitioner has not filed an opposition, a statement of non-opposition to the motion to dismiss, or sought additional time to file a response to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion.

　　　　Accordingly, the court will direct petitioner to show cause in writing why the motion to dismiss should not be granted. Petitioner is advised that failure to file a response to the motion to dismiss may result in a recommendation that the motion be granted.

////

1

1    IT IS HEREBY ORDERED that within twenty (20) days of the date of service of this order petitioner shall either file and serve an opposition to the motion to dismiss or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

Dated: August 16, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/S/newb2167.osc